## Case No. 13,574.

### STURGIS v. COLBY.

[The case reported under above title in 18 N. B. R. 168, is the same as Case No. 13,566.]